1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,        ) No. CR-11-00291 SBA
   |                                  )
12 |     Plaintiff,                   ) ORDER GRANTING STIPULATED
   |                                  ) REQUEST TO SET CHANGE OF PLEA
13 | v.                               ) HEARING DATE ON DECEMBER 8,
   |                                  ) 2011
14 | JAMES CALMA ESVER,               )
   |                                  ) Date:   December 12, 2011
15 |     Defendant.                   ) Time:   10:00 a.m.
   |                                  ) Court:  Hon. Saundra Brown
16 |                                  )         Armstrong
   |                                  )
17 |_____)

18

19   The parties jointly requested that a change of plea hearing for this defendant be set on

20 December 8, 2011 at 10:00 a.m.

21   **IT IS HEREBY ORDERED** that the above-captioned defendant is set for a change of

22 plea hearing on December 8, 2011 at 10:00 a.m.

23

24 DATED:_12/2/11                              _____
                                               HON. SAUNDRA BROWN ARMSTRONG
25                                             United States District Court Judge

26
27
28

STIP. REQ. TO SET CHANGE OF PLEA ON DECEMBER 8, 2011
No. CR-11-00291 SBA