SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431

Attorneys for Defendant
    JAMES ESVER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0291 SBA |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| JAMES ESVER, | |
| Defendant. | |

    Defendant James Esver has entered a guilty plea pursuant to a plea agreement with the government. Sentencing is now set for February 29, 2012. There has been a delay in setting the probation interview with Mr. Esver and other conflicting obligations. Accordingly, the sentencing process, including preparation of the presentence report and memoranda by counsel, can not be completed prior to the current date for sentencing.

    Counsel jointly request and stipulate that sentencing be continued from February 29, 2012 to March 29, 2012 at 10:00 a.m. That date is agreeable with United States Probation Officer Connie Cook.

    IT IS SO STIPULATED.

DATED: January 24, 2012                                                        /s/
                                                                                James C. Mann
                                                                                Assistant United States Attorney

DATED: January 24, 2012

           /s/
Scott A. Sugarman
Attorney for JAMES ESVER

SO ORDERED.

DATE: 1/25/12

           *Saundra B. Armstrong*
Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
No. CR 11-0291 SBA

2