SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431

Attorneys for Defendant
    JAMES ESVER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0291 SBA |
|---|---|---|
|     Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| JAMES ESVER, | ) | |
|     Defendant. | ) | |

    Defendant James Esver entered a guilty plea pursuant to a plea agreement with the government. Sentencing is now set for April 19, 2012. There was a delay in filing the Presentence Report, making it difficult to file sentencing memorandum by counsel in a timely manner.

    Counsel jointly request and stipulate that sentencing be continued from April 19, 2012 to May 4, 2012 at 10:00 a.m. That date is agreeable with United States Probation Officer Connie Cook.

    IT IS SO STIPULATED.

DATED: April 18, 2012                    _____/s/_____
                                                                 James C. Mann
                                                                 Assistant United States Attorney

1    DATED: April 18, 2012                              /s/
                                                 Scott A. Sugarman
2                                                Attorney for JAMES ESVER

3    SO ORDERED.

4    DATE: 4/18/12                         _____
                                            Saundra Brown Armstrong
5                                           UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [Proposed] ORDER TO CONTINUE SENTENCING                    2
No. CR 11-0291 SBA