UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JAMES CALMA ESVER,<br><br>   Defendant. | Case No. CR 11-00291 SBA<br><br>[PROPOSED] FINAL ORDER OF FORFEITURE |

On August 22, 2012, the Court entered a Preliminary Order of Forfeiture forfeiting all right, title, and interest in the following property:

   $10,400 in United States Currency

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853(a). All right, title, and interest in said Property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS FURTHER ORDERED that the government shall return $40 of the seized $10,440 to the defendant, in care of his attorney, Scott Sugarman.

IT IS SO ORDERED this  9TH day of  NOVEMBER  2012.

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge